

**ORDERED in the Southern District of Florida on May 9, 2016.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                              Case No. 16-14706-EPK

**ANKOD ENTERPRISE, LLC,**                          Chapter 11

    **Debtor.**
_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS MATTER came before the Court for hearing on May 5, 2016 upon the *Creditor Valencia Square Retail, LLC's Motion for Relief from the Automatic Stay* [ECF No. 26, title abridged] (the "Motion") filed by Valencia Square Retail, LLC.  For the reasons stated on the record at the hearing, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion [ECF No. 26] is DENIED without prejudice.

### ###

Copies furnished to:

David H. Haft, Esq.

*David H. Haft, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*